# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2011

141724

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SAMUEL SOLOMON,
      Plaintiff-Appellee,

v

        SC: 141724
        COA: 291780
        Eaton CC: 08-000797-CK

BLUE WATER VILLAGE EAST, L.L.C.,
BLUE WATER VILLAGE SOUTH, L.L.C.,
and FADY, INC.,
      Defendants-Appellants.

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2011

_____
Clerk

p0329